UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 19-3847 & 19-3892

_____

DANSKO HOLDINGS, INC.,

Appellant in No. 19-3892

v.

BENEFIT TRUST CO.,

Appellant in No. 19-3847

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:16-cv-00324)
District Judge: Hon. Jan E. DuBois

_____

Argued: November 16, 2020

Before: AMBRO, BIBAS, and ROTH, Circuit Judges.

_____

ORDER

_____

The panel has revised the opinion issued on March 16, 2021 and added nine words to the first full paragraph on page 7. The Clerk is directed to file the amended opinion. The judgment remains the same.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

DATED: March 25, 2021
Tmm/cc: Robert W. Hayes, Esq.
Joshua Bachrach, Esq.

Richard N. Bien, Esq.
J. Bradley Leitch, Esq.